# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| U.S. BANK, N.A.<br>　　Plaintiff, | Case No. 1:21-cv-376<br>Cole, J.<br>Litkovitz, M.J. |
| vs. | |
| DREW GILLHAM, et al.,<br>　　Defendants. | **ORDER** |

This matter is before the Court on plaintiff U.S. Bank, N.A. ("U.S. Bank")'s unopposed motion to deposit interpleader funds. (Doc. 11; *see* Doc. 15). For good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that U.S. Bank may deposit the $212,243.25 (plus accruals since July 30, 2021) in net assets contained in the subtrust accounts for which Drew Gillham is the beneficiary into the Court's registry forthwith. The Clerk of the Court is **DIRECTED** to deposit the $212,243.25 (plus accruals since July 30, 2021) ("Assets"), once received into the Court's registry, with the Treasurer of the United States, in the name and to the credit of this Court, pursuant to 28 U.S.C. § 2041, in interest-bearing instruments in the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts. Once U.S. Bank interpleads the funds in accordance with this Order it is released and discharged from any liability on account of the Assets or its service as Trustee of the Gillham Trusts for the benefit of Drew Gillham and dismissed from this action. In the meantime, U.S. Bank is not required to answer the Amended Counterclaim of the United States which will then be moot as to U.S. Bank.

　　IT IS SO ORDERED.

Date: 9/30/2021

*Karen L. Litkovitz*
Karen L. Litkovitz
Chief United States Magistrate Judge